# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

### Before the Honorable Jerry H. Ritter,
### United States Magistrate Judge

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *Clay v. Board of County of Commissioners for Rio Arriba County et al* | **DATE**: | December 9, 2021 |
| **CASE No**: | CV 21-0591 MIS/JHR | **COURTROOM CLERK**: | CD |
| **PROCEEDINGS COMMENCED**: | 4:00 p.m. | **COURT IN RECESS**: | 4:15 p.m. |

**TYPE OF PROCEEDING**: *Rule 16 Initial Scheduling Conference*

| **ATTORNEY PRESENT FOR PLAINTIFF**: | **ATTORNEY PRESENT FOR DEFENDANTS**: |
|---|---|
| Caroline Manierre | Gabriella M. Delgadillo |
| Kate Thompson | Judd C. West |

**COURT'S RULING(S)**:

I. The Court set the following deadlines:
   a. This case is assigned to a **STANDARD** track.
   b. Plaintiff's amendments to pleadings due January 10, 2022; Defendants' due February 9, 2022.
   c. Discovery completed no later than May 9, 2022.
   d. Discovery motions filed no later than May 16, 2022.
   e. Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than February 7, 2022. Defendants shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than March 9, 2022.
   f. Pre-Trial Motions filed no later than June 20, 2022.
   g. Pre-Trial Order due from Plaintiff to Defendants no later than 14 days after pending Pre-Trial motions are resolved or, if there are no pending motions, July 5, 2022.
   h. Pre-Trial Order is due to Court 14 days after it is served upon Defendants.

II. The Court will set a remote settlement conference after its Clerk confers with counsel about an appropriate date.