FILED 1st JUDICIAL DISTRICT COURT
Rio Arriba County
7/13/2020 10:44 AM
KATHLEEN VIGIL CLERK OF THE COURT
Maureen Naranjo

STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA
IN THE FIRST JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO,

    Plaintiff,

v.                                                                No. D-117-CR-202000078

JAMES LUJAN
DOB: 02/04/1961
SOC: 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
STN: Not Available

    Defendant.

Crime(s):  COUNT 1: Resisting, Evading or Obstructing an Officer (Service) or (Resisting)
COUNT 2: Resisting, Evading or Obstructing an Officer (Service)
COUNT 3: Resisting, Evading or Obstructing an Officer (Resisting)

## SECOND AMENDED CRIMINAL INFORMATION*

COMES NOW the Special Prosecutor for the First Judicial District, State of New Mexico, and states:

Count 1: Resisting, Evading or Obstructing an Officer (Service), (4174), on or about March 21, 2020, in Rio Arriba County, New Mexico, the above-named defendant knowingly obstructed, resisted or opposed officers with the Espanola Police Department, while said officers were serving or attempting to serve or execute any process or any rule or order of any court or any other judicial writ or mandate OR did resist officers with the Espanola Police Department in the lawful discharge of their duties; contrary to NMSA 1978, Section 30-22-1(A) or (D), a misdemeanor.

*Count 2: **Resisting, Evading or Obstructing an Officer (Service)**, (4174), on or about May 21, 2020, in Rio Arriba County, New Mexico, the above-named defendant knowingly obstructed, resisted or opposed Zach Wright* with the Espanola Police Department, while Zach Wright was serving or attempting to serve or execute any process or any rule or order of any court or any other judicial writ or mandate; contrary to NMSA 1978, Section 30-22-1(A), a misdemeanor.

*Count 3: **Resisting, Evading or Obstructing an Officer (Resisting)**, (1550), on or about May 21, 2020, in Rio Arriba County, New Mexico, the above-named defendant knowingly obstructed, resisted or opposed Sylvia Trujillo-Chacon* with the Taos County Sheriff's Office, in the lawful discharge of her duties; contrary to NMSA 1978, Section 30-22-1 (D), a misdemeanor.

The name of the witness upon whose testimony this Information is based is as follows:

1. Roger P. Jimenez, Chief of Police, Espanola Police Department, 1316 Calle Adelante Suite E Espanola, NM 87532.
2. Zach Wright, Espanola Police Department, 1316 Calle Adelante Suite E Espanola, NM 87532.

STATE OF NEW MEXICO

BY: Andrea R. Reeb
ANDREA R. REEB
SPECIAL PROSECUTOR
417 Gidding, Suite 200
Clovis, NM 88101
(575) 769-2246
(575)769-3198 Fax

*Added the name Zach Wright to Count 2 and added the name Sylvia Trujillo-Chacon to Count 3.

Defendant's Address: 902 S McCurdy Road, Espanola, NM 87532
D.A. Case Number : RA 20-0134
Defense Attorney: Nathaniel Thompkins
Magistrate Court: M-43-MR-202000119