IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TABITHA CLAY,

          Plaintiff,

vs.                                             Case No. 1:21-cv-00591-GJF/JHR

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY, RIO ARRIBA
COUNTY SHERIFF'S OFFICE, JAMES D.
LUJAN, in his official and individual capacities,
and JEREMY BARNES, in his individual capacity,

          Defendants.

## NOTICE OF FILING CORRECTED EXHIBITS TO DOC. 36

COMES NOW Plaintiff through her attorneys of record ROTHSTEIN DONATELLI LLP (Kate S. Thompson) and the ACLU of New Mexico (Leon Howard) and she hereby files corrected Exhibits 1, 2 and 3 of her Response to Defendant James D. Lujan's Motion for Stay of Discovery Pending Resolution of Criminal Charges [Doc. 36].

                                                  Respectfully submitted,

                                                  ROTHSTEIN DONATELLI LLP

                                                  */s/ Kate S. Thompson 12/15/21*
                                                  KATE S. THOMPSON
                                                  CAROLYN M. "CAMMIE" NICHOLS
                                                  500 4th Street, N.W., Suite 400
                                                  Albuquerque, New Mexico 87102
                                                  (505) 243-1443
                                                  Fax: (505) 242-7845
                                                  cmnichols@rothsteinlaw.com
                                                  kthompson@rothsteinlaw.com

*and*

Caroline "KC" Manierre
1215 Paseo de Peralta
Post Office Box 8180
Santa Fe, New Mexico 87504-8180
(505) 988-8004
cmanierre@rothsteinlaw.com

*and*

Leon Howard
ACLU OF NEW MEXICO
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1008
F: (505) 266-5916
lhoward@aclu-nm.org

*Attorneys for Plaintiff Tabitha Clay*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2021, a true and correct copy of the foregoing was served electronically via the CM/ECF system to all counsel of record.

                                              */s/ Kate S. Thompson  12/15/21*
                                              ROTHSTEIN DONATELLI