IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

TABITHA CLAY,

    **Plaintiff,**

v.                                        Case No. 1:21-cv-00591-MIS/JHR

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY, RIO ARRIBA
COUNTY SHERIFF'S OFFICE, JAMES D.
LUJAN, in his official and individual capacities,
and JEREMY BARNES, in his individual capacity.

    **Defendants.**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF D.N.M.LR-CIV. 26.6 DEADLINE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Extension of D.N.M.LR-Civ. 26.6 Deadline [Doc. 40]. The Court finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the deadline for Plaintiff to file a motion to compel discovery responses from County Defendants is extended to February 4, 2022.

_____
HONORABLE JERRY H. RITTER
U.S. MAGISTRATE JUDGE

Submitted and Approved by:

*/s/ Leon Howard*
Leon Howard
Caroline "KC" Manierre
Carolyn M. Nichols
Kate S. Thompson
*Attorneys for Plaintiff*

*Approved electronically on 01/05/22*
Gabriela M. Delgadillo
Christina Brennan
*Attorneys for Defendants Board of County Commissioners*
*for Rio Arriba County, Rio Arriba County Sheriff's Office and James D. Lujan*

*Approved electronically on 01/05/22*
Judd C. West
Jules Elese Angelley
*Attorneys for Defendant Jeremy Barnes*