IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TABITHA CLAY,

        Plaintiff,

vs.                                                         Case No. 1:21-cv-00591-GJF/JHR

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY, RIO ARRIBA
COUNTY SHERIFF'S OFFICE, JAMES D.
LUJAN, in his official and individual capacities,
and JEREMY BARNES, in his individual capacity,

        Defendants.

## NOTICE OF FILING EXHIBIT 1 TO DOC. 44

        COMES NOW Counsel for Plaintiff Tabitha Clay, and hereby files Exhibit 1 to Doc. 44 which was inadvertently omitted from the original filing.

        Respectfully submitted,

        ROTHSTEIN DONATELLI LLP

        */s/ Kate S. Thompson*
        KATE S. THOMPSON
        CAROLYN M. "CAMMIE" NICHOLS
        CAREY BHALLA
        500 4th Street, N.W., Suite 400
        Albuquerque, New Mexico 87102
        (505) 243-1443
        Fax: (505) 242-7845
        cmnichols@rothsteinlaw.com
        kthompson@rothsteinlaw.com

        *and*

Leon Howard
ACLU OF NEW MEXICO
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1008
F: (505) 266-5916
lhoward@aclu-nm.org

*Attorneys for Plaintiff Tabitha Clay*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of February, 2022, a true and correct copy of the foregoing was served electronically via the CM/ECF system to all counsel of record.

*/s/ Kate S. Thompson*
ROTHSTEIN DONATELLI LLP