UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TABITHA CLAY,**

    Plaintiff,

v.                                         Case No. 1:21-cv-00591-MIS-JHR

**BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY, RIO ARRIBA
COUNTY SHERIFF'S OFFICE, JAMES D.
LUJAN, in his official and individual capacities,
and JEREMY BARNES, in his individual capacity,**

    Defendants.

### STIPULATION OF DISMISSAL OF DEFENDANTS
### LUJAN AND BARNES, WITH PREJUDICE

COMES NOW the Plaintiff Tabitha Clay, by and through her counsel of record, Rothstein Donatelli LLP and ACLU of New Mexico; Defendant James Lujan, by and through his counsel of record, Brennan & Sullivan, P.A.; and Defendant Jeremy Barnes, by and through his counsel, Holland and Hart LLP, and pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby stipulates to the dismissal of Defendant Lujan and Defendant Barnes, with prejudice.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By:   */s/ Christina L.G. Brennan*
       Christina L. G. Brennan
       Gabriela Delgadillo
       128 East DeVargas
       Santa Fe, New Mexico 87501
       (505) 995-8514
       gabriela@BrennSull.com
       christina@BrennSull.com
       *Attorneys for Defendants Rio Arriba County and Lujan*

APPROVED:

By:  *Via email 4/11/2022 by K. Thompson*
Kate Thompson
Cammie Nichols
Carey Bhalla
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505)243-1443
Fax: (505) 242-7845
cmnichols@rothsteinlaw.com
kthompson@rothsteinlaw.com
cbhalla@rothsteinlaw.com
    and
Leon Howard
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1008
F: (505) 266-5916
lhoward@aclu-nm.org
*Attorneys for Tabitha Clay*


By:  *Via email 4/11/2022 by J. West*
Judd C. West
Holland & Hart LLP
PO Box 2208
Santa Fe, NM 87504
505-988-4421
Fax: 505-983-6043
jcwest@hollandhart.com
    and
Jules Else Angelley
Holland & Hart
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
505-988-4421
Fax: 505-629-1557
jeangelley@hollandhart.com
*Attorneys for Defendant Barnes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of April 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Cammie Nichols
Kate Thompson
Carey Bhalla
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505)243-1443
Fax: (505) 242-7845
cmnichols@rothsteinlaw.com
kthompson@rothsteinlaw.com
cbhalla@rothsteinlaw.com
	and
Leon Howard
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1008
F: (505) 266-5916
lhoward@aclu-nm.org
*Attorneys for Tabitha Clay*


Judd C. West
Holland & Hart LLP
PO Box 2208
Santa Fe, NM 87504
505-988-4421
Fax: 505-983-6043
jcwest@hollandhart.com
	and
Jules Else Angelley
Holland & Hart
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
505-988-4421
Fax: 505-629-1557
jeangelley@hollandhart.com
*Attorneys for Defendant Barnes*

By:  */s/ Christina L.G. Brennan*
      Christina L. G. Brennan