UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TABITHA CLAY,

    Plaintiff,

v.                               Case No. 1:21-cv-00591-MIS-JHR

BOARD OF COUNTY COMMISSIONERS
FOR RIO ARRIBA COUNTY, RIO ARRIBA
COUNTY SHERIFF'S OFFICE, JAMES D.
LUJAN, in his official and individual capacities,
and JEREMY BARNES, in his individual capacity,

    Defendants.

## STIPULATION OF DISMISSAL OF
## DEFENDANT RIO ARRIBA COUNTY

    COMES NOW the Plaintiff Tabitha Clay, by and through her counsel of record, Rothstein Donatelli LLP and ACLU of New Mexico.; and counsel for the Defendant Rio Arriba County/Rio Arriba County Sheriff's Office, Brennan & Sullivan, P.A. and pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby stipulates to the dismissal of Defendant County with prejudice.

    Respectfully submitted,

    BRENNAN & SULLIVAN, P.A.

By:    */s/ Christina L. G. Brennan*
       Christina L. G. Brennan
       Gabriela Delgadillo
       128 East DeVargas
       Santa Fe, New Mexico 87501
       (505) 995-8514
       gabriela@BrennSull.com
       christina@BrennSull.com
       *Attorneys for Defendants Rio Arriba County and Lujan*

APPROVED:

By: <u>L. Howard 5/4/2022 via email</u>
Kate Thompson
Cammie Nichols
Carey Bhalla
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505)243-1443
Fax: (505) 242-7845
cmnichols@rothsteinlaw.com
kthompson@rothsteinlaw.com
cbhalla@rothsteinlaw.com
    and
Leon Howard
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1008
F: (505) 266-5916
lhoward@aclu-nm.org
*Attorneys for Tabitha Clay*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Cammie Nichols
Kate Thompson
Carey Bhalla
500 4th Street, N.W., Suite 400
Albuquerque, NM 87102
(505)243-1443
Fax: (505) 242-7845
cmnichols@rothsteinlaw.com
kthompson@rothsteinlaw.com
cbhalla@rothsteinlaw.com
    and
Leon Howard

ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
T: (505) 266-5915 Ext. 1008
F: (505) 266-5916
lhoward@aclu-nm.org
*Attorneys for Tabitha Clay*

Judd C. West
Holland & Hart LLP
PO Box 2208
Santa Fe, NM 87504
505-988-4421
Fax: 505-983-6043
jcwest@hollandhart.com
      and
Jules Else Angelley
Holland & Hart
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
505-988-4421
Fax: 505-629-1557
jeangelley@hollandhart.com
*Attorneys for Defendant Barnes*


                            By:    */s/ Christina L. G. Brennan*_____
                                     Christina L. G. Brennan